United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| FERNANDO RODRIGUEZ LAZO, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-03471 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RAYMOND THOMPSON, | § | |
| *et al*, | § | |
| Respondents. | § | |

### ORDER ON DISMISSAL

Pending is a petition for writ of *habeas corpus* by Petitioner Fernando Rodriguez Lazo, followed shortly thereafter by a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Dkts 1 & 4.

This action is DISMISSED WITHOUT PREJUDICE.

Counsel for Petitioner is ORDERED to provide notice of this action with any subsequent filing of a petition for writ of *habeas corpus* on behalf of Petitioner.

Failure to provide such notice may subject counsel to the potential for sanctions.

It is further ORDERED that the Clerk will email this Order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

So ORDERED.

Signed on __May 04, 2026__ , at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge